IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SEVERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. J. AKANNO,<br><br>　　　　Defendant.　　　　　　　／ | No. C 11-03252 CW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). The acts complained of occurred at KVSP, and the named Defendant appears to reside in the Eastern District. Venue, therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 10/6/2011

　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GILBERT SEVERA,

        Plaintiff,

  v.

// et al,

        Defendant.

Case Number: CV11-03252 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert Severa C43821
Kern Valley State Prison
A7-115
P.O. Box 5101
Delano, CA 93216

Dated: October 6, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2